# Exhibit A. State Court File

Filed 25-CI-00286 02/19/2025 Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT

03/12/2025 09:39:50 AM

86776

Commonwealth of Kentucky
Warren Circuit Court
Case No.
Div.
**Filed Electronically**

Stephen T. Wafford                                                          PLAINTIFF

v.        **COMPLAINT AND JURY TRIAL DEMAND**

LVNV Funding, LLC                                                         DEFENDANTS
Serve:
        Corporation Service Co.
        251 Little Falls Drive
        Wilmington, DE 19808

MRS BPO, LLC
Serve:
        Cogency Global, Inc.
        850 New Burton Road
        Suite 201
        Dover, DE 19904

\*        \*        \*        \*        \*

### INTRODUCTION

1.        This is a complaint for violations of the of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"); and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq*.

### JURISDICTION AND VENUE

2.        This Court has jurisdiction under KRS 23A.010; the FDCPA, 15 U.S.C. § 1692k; and the TCPA, 47 U.S.C. § 227(c)(5). Venue is proper, because many of the relevant events affected and/or damaged a consumer living within Warren County, Kentucky, which is located within this Circuit.

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000001 of 000007

Filed          25-CI-00286          02/19/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/12/2025 09:39:50
AM
86776

**PARTIES**

3.      Plaintiff Stephen T. Wafford is a natural person who resides in Warren County, Ky. Mr. Wafford is a "consumer" within the meaning of the FDCPA.

4.      Defendant LVNV Funding, LLC ("LVNV") is a foreign limited liability company, which has not registered with the Kentucky Secretary of State. LVNV principal purpose is the purchasing debt from creditors and collecting these debts from consumers in this state. LVNV's principal place of business is located at Bank of America Building, 55 Beattie Place, Greenville, SC 29601. LVNV regularly collects or attempts to collect debts owed or due or asserted to be owed or due another and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

6.      Defendant MRS BPO, LLC ("MRS BPO") is a foreign limited liability company registered with the Kentucky Secretary of State. MRS BPO's principal place of business is located at 1930 Olney Ave, Cherry Hill, NJ 08003.  MRS BPO is a "debt collector" as defined by the FDCPA at 15 U.S.C. §1692a(6) inasmuch as it regularly collects consumer individual debts of natural persons who are citizens of Kentucky using instrumentalities of interstate commerce or the mails in its business, the principal purpose of which is the collection of debts. MRS BPO's principal purpose is the collection of debt.

**STATEMENT OF FACTS**

7.      Mr. Wafford is the victim of identity theft. He has had issues for years with false and inaccurate information appearing on his credit reports and fighting to get the false information removed. This action is a continuation of this fight.

**A.      Facts as to Defendants' FDCPA Violations**

8.      Because of the continuing issues he has with false and inaccurate credit information

-2-

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000002 of 000007

NOT ORIGINAL DOCUMENT

03/12/2025 09:39:50 AM

86776

on his credit reports, Mr. Wafford regularly monitors his credit reports.

9.      Mr. Wafford discovered collection accounts furnished by LVNV in an attempt to collect a charged-off Credit One, N.A. credit card debt ("LVNV Tradeline") and a collection account furnished by MRS BPO in an attempt to collect a charged-off Capital One, N.A. credit card account ("MRS BPO Tradeline").

10.     The Credit One credit debt and Capital One credit card debt were each incurred for personal, family, and/or household purposes.

11.     Mr. Wafford made multiple attempts to delete the LVNV Tradeline and the MRS BPO Tradeline including direct dispute letters and several dispute letters to Consumer Reporting Agencies ("CRAs").

12.     Only after sending dispute letters on May 23, 2024, to the CRAs did Mr. Wafford succeed in getting the LVNV Tradeline and the MRS BPO Tradeline removed from his credit reports.

13.     In his May 23rd letter, Mr. Wafford included color copies of his social security card, driver's license, a recent utility bill with his current address, and a completed and signed FTC ID Theft Affidavit.

14.     LVNV and MRS BPO committed multiple violations of the FDCPA including falsely representing that Mr. Wafford was liable for debts he did not owe, by attempting to collect a debt from him that he did not owe, and by publishing false and defamatory credit information about Mr. Wafford.

**B.      Facts as to MRS BPO's TCPA Violations**

15.     As the Supreme Court has explained, "Americans passionately disagree about many things. But they are largely united in their disdain for robocalls." The Federal Government

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000003 of 000007

-3-

Filed          25-CI-00286      02/19/2025              Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/12/2025 09:39:50
AM
86776

receives a staggering number of complaints about robocalls—3.7 million complaints in 2019 alone. The States likewise field a constant barrage of complaints. For nearly 30 years, the people's representatives in Congress have been fighting back. As relevant here, the Telephone Consumer Protection Act of 1991 generally prohibits robocalls to cell phones and home phones." *Barr v. Am. Ass'n of Political Consultants*, 140 S. Ct. 2335, 2343 (2020).

16.    In an attempt to collect a debt from Mr. Wafford—that he does not owe and despite his registry on the Federal Do Not Call List—MRS BPO made multiple unsolicited calls and texts to Mr. Wafford without his prior express written consent (or any consent whatsoever), using an automated dialing system, and left pre-recorded and texts, all in violation of the TCPA, and the FDCPA.

17.    Mr. Wafford has done no business with MRS BPO and has not provided MRS BPO prior express written consent to call his cellular telephone with unsolicited messages.

18.    Mr. Wafford did not have any accounts with Capital One, including defaulted accounts, during the time period in which MRS BPO made dunning calls and sent Mr. Wafford dunning texts to his cell phone ending in 1283. A true and accurate copy of the confirmation of Mr. Wafford's cell phone ending in 1283 on the National Do Not Call Registry is attached as Exhibit "A".

19.    The TCPA was designed to prevent calls like the ones described herein, and to protect the privacy of citizens like Mr. Wafford, and by enacting the TCPA, Congress intended to give consumers a choice how corporate entities may contact them and to prevent the nuisance associated with automated or prerecorded calls.

20.    Mr. Wafford's cell phone number ending in 1283 has been listed on the National Do Not Call Registry since March 27, 2008.

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000004 of 000007

-4-

Filed          25-CI-00286      02/19/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT

03/12/2025 09:39:50

AM

86776

21.    MRS BPO committed multiple violations of the TCPA.

**CLAIMS FOR RELIEF**

**I.    Claims against LVNV Funding, LLC**

22.    The foregoing acts and omissions of Defendant LVNV Funding, LLC constitute violations of the FDCPA.

23.    LVNV's violations of the FDCPA include:

> **i.    Violation of 15 U.S.C. § 1692e(A)(2):** LVNV falsely represented to the CRAs that Mr. Wafford owed a debt to Credit One, N.A. that he does and did not in fact owe.

> **ii.    Violation of 15 U.S.C. § 1692f(1):** LVNV furnished credit information to the CRAs in the LVNV Tradeline in an attempt to collect an amount from him that he does and did not owe.

> **iii.    Violation of 15 U.S.C. § 192e(8):** LVNV furnished false credit information to the CRAs in the LVNV Tradeline. The credit information is false and inaccurate because Mr. Wafford did not and does not owe any debt to Credit One, N.A. as falsely represented by LVNV.

**II.    Claims against MRS BPO, LLC**

**A.    FDCPA Violations**

24.    The foregoing acts and omissions of Defendant MRS BPO, LLC constitute violations of the FDCPA.

25.    LVNV's violations of the FDCPA include:

> **i.    Violation of 15 U.S.C. § 1692e(A)(2):** MRS BPO falsely represented to the CRAs that Mr. Wafford owed a debt to Capital One, N.A. that he does and did not in fact owe.

> **ii.    Violation of 15 U.S.C. § 1692f(1):** MRS BPO furnished credit information to the CRAs in the MRS BPO Tradeline in an attempt to collect an amount from him that he does and did not owe.

> **iii.    Violation of 15 U.S.C. § 192e(8):** MRS BPO furnished false credit information to CRAs in the MRS BPO Tradeline. The credit information is false and inaccurate because Mr. Wafford did not and does not owe any debt to Capital

-5-

Filed          25-CI-00286      02/19/2025          Brandi Duvall, Warren Circuit Clerk

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000005 of 000007

Filed        25-CI-00286    02/19/2025        Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/12/2025 09:39:50
AM
86776

One, N.A. as falsely represented by MRS BPO.

**B.    TCPA Violations**

26.    The foregoing acts and omissions of Defendant MRS BPO, LLC constitute violations of the TCPA.

27.    MRS BPO called Mr. Wafford's cellphone using an artificial or prerecorded voice in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

28.    MRS BPO made unsolicited telephone calls and sent texts to Mr. Wafford's cellphone after his number had been placed and listed on the Federal Do Not Call List in violation of 47 U.S.C. § 227(c)(5).

**PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff Stephen T. Wafford requests that the Court grant him the following relief:

1.    Award the maximum amount of statutory damages;

2.    Award Plaintiff actual damages;

3.    $500 for each and every telephone call that was made in violation of the do-not-call-list requirements of the TCPA the trier of fact determines were not willfully or knowingly made;

4.    $500 for each and every telephone call that was made in violation of the automatic-call requirements of the TCPA the trier of fact determines were not willfully or knowingly made

5.    $1,500 for each and every telephone call that was made in violation of the do-not-call-list requirements of the TCPA the trier of fact determines were made willfully or knowingly;

6.    $1,500 for each and every telephone call that was made in violation of the automatic-call requirements of the TCPA the trier of fact determines were made willfully or

-6-

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000006 of 000007

Filed          25-CI-00286       02/19/2025          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL

03/12/2025 09:39:50

86776

knowingly;

7.    Award Plaintiff attorney's fees, litigation expenses and costs;

8.    A trial by jury; and

9.    Any other relief to which Plaintiff may be entitled.


Respectfully submitted,

/s/ James H. Lawson
James Hays Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel:    (502) 473-6525
Fax:    (502) 473-6561
james@lawsonatlaw.com

-7-

Filed          25-CI-00286       02/19/2025          Brandi Duvall, Warren Circuit Clerk

Presiding Judge: HON. JOHN R. GRISE (608217)

COM : 000007 of 000007

Filed    25-CI-00286    02/19/2025    Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL
DOCUMENT
03/12/2025 09:40:16
AM
86776

**From:** Stephen Wafford
**To:** James H. Lawson
**Subject:** Fwd: National Do Not Call Registry - Your Registration Is Confirmed
**Date:** Wednesday, February 19, 2025 12:25:18 PM

Begin forwarded message:

**From:** Verify@donotcall.gov
**Date:** February 19, 2025 at 11:15:11 AM CST
**To:** waffordstephen@gmail.com
**Subject: National Do Not Call Registry - Your Registration Is Confirmed**

Thank you for registering your phone number with the National Do Not Call Registry. You successfully registered your phone number ending in 1283 on March 27, 2008. Most telemarketers will be required to stop calling you 31 days from your registration date.

Visit https://www.donotcall.gov to register another number or file a complaint against someone violating the Registry.

*************************************************************************************************************************************

Please do not reply to this message as it is from an unattended mailbox. Any replies to this email will not be responded to or forwarded. This service is used for outgoing emails only and cannot respond to inquiries.

Presiding Judge: HON. JOHN R. GRISE (608217)

EXH : 000001 of 000001

Filed    25-CI-00286    02/19/2025    Brandi Duvall, Warren Circuit Clerk

**Commonwealth of Kentucky**
**Brandi Duvall, Warren Circuit Clerk**

NOT ORIGINAL

03/12/2025 09:48:38

| | |
|---|---|
| **Case #:** 25-CI-00286 | **Envelope #:** 9930713 |
| **Received From:** JAMES LAWSON | **Account Of:** JAMES LAWSON     86776 |
| **Case Title:** WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL | **Confirmation Number:** 196413956 |
| **Filed On** 2/19/2025   2:56:46PM | |

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Postage) | $35.64 |
| 5 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 6 | Library Fee | $2.00 |
| 7 | Civil Filing Fee | $150.00 |
| 8 | Charges For Services(Copy - Photocopy) | $2.00 |
| 9 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $329.64 |

Generated: 2/20/2025

Page 1 of 1



| | | |
|---|---|---|
| AOC-E-105     Sum Code: CI | | Case #: **25-CI-00286** ~~NOT ORIGINAL~~ |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **WARREN** 03/12/2025 09:42:45 |
| Court of Justice     *Courts.ky.gov* | **CIVIL SUMMONS** | |
| CR 4.02; Cr Official Form 1 | | 86776 |

*Plantiff*, **WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL**, *Defendant*

TO:  **COGENCY GLOBAL, INC.**

    **850 NEW BURTON ROAD**

    **SUITE 201**

    **DOVER, DE 19904**

Memo: Related party is MRS BPO, LLC

The Commonwealth of Kentucky to Defendant:
**MRS BPO, LLC**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

    /s/ Brandi Duvall, Warren
    Circuit Clerk
    Date: **2/19/2025**

---

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

Summons ID: @00000445142
CIRCUIT: 25-CI-00286 Certified Mail
WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL



Page 1 of 1

*Presiding Judge: HON. JOHN R. GRISE (608217)*

*CI : 000001 of 000001*

eFiled



AOC-E-105        Sum Code: CI
Rev. 9-14

**COMMONWEALTH OF KENTUCKY**
Court of Justice    *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-00286**
Court: **CIRCUIT**
County: **WARREN**

DOCUMENT

AM

NOT ORIGINAL
03/12/2025 09:41:14

86776

*Plantiff,* **WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL**, *Defendant*

TO: **CORPORATION SERVICE CO.**

**251 LITTLE FALLS DRIVE**

**WILMINGTON, DE 19808**

Memo: Related party is LVNV FUNDING, LLC

The Commonwealth of Kentucky to Defendant:
**LVNV FUNDING, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **2/19/2025**

Presiding Judge: HON. JOHN R. GRISE (608217)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000445140
CIRCUIT: 25-CI-00286 Certified Mail
WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL



Page 1 of 1

eFiled

AOC-E-105   Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice   *Courts.ky.gov*

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #: **25-CI-00286**
Court:   **CIRCUIT**
County: **WARREN**

NOT ORIGINAL
DOCUMENT
03/12/2025 09:40:45
AM
86776

*Plantiff,* **WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL***, Defendant*

TO:  **LVNV FUNDING, LLC**

**55 BEATTIE PLACE**

**GREENVILLE, SC 29601**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **2/19/2025**

Presiding Judge: HON. JOHN R. GRISE (608217)

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000445139
CIRCUIT: 25-CI-00286 Return to Filer for Service
WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL



Page 1 of 1

eFiled



AOC-E-105          Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     *Courts.ky.gov*

CR 4.02; Cr Official Form 1

**CIVIL SUMMONS**

Case #: **25-CI-00286**
Court: **CIRCUIT**
County: **WARREN**

NOT ORIGINAL
03/12/2025 09:42:26

86776

---

*Plantiff,* **WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL**, *Defendant*

TO:  **MRS BPO, LLC**

**1930 OLNEY AVE**

**CHERRY HILL, NJ 08003**

Memo:  Registered Agent of Service exists.

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **2/19/2025**

Presiding Judge: HON. JOHN R. GRISE (608217)

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

_____
Served By

_____
Title

CI : 000001 of 000001

Summons ID: @00000445141
CIRCUIT: 25-CI-00286 Return to Filer for Service
WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL



Page 1 of 1

eFiled

Filed          25-CI-00286        02/25/2025        Brandi Duvall, Warren Circuit Clerk

**UNITED STATES POSTAL SERVICE™**

NOT ORIGINAL DOCUMENT

03/12/2025 09:49:08 AM

86776

Date Produced: 02/25/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8301 6852 32. Our records indicate that this item was delivered on 02/24/2025 at 10:30 a.m. in WILMINGTON, DE 19808. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

Customer Reference Number:        C5674772.34436243

COR : 000001 of 000002

Filed                    25-CI-00286        02/25/2025              Brandi Duvall, Warren Circuit Clerk

**Filed**     **25-CI-00286**     **02/25/2025**     **Brandi Duvall, Warren Circuit Clerk**

USPS MAIL PIECE TRACKING NUMBER:  42019808923609019403830 1685232

MAILING DATE:          02/20/2025

DELIVERED DATE:    02/24/2025

Custom 1: DriverId-9930713

Custom 2: PartyId-65255999

Custom 3: SummonsNum-@00000445140

Custom 4: CentralMailId-215594

Custom 5: Source County-WARREN

MAIL PIECE DELIVERY INFORMATION:

CORPORATION SERVICE CO.
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

MAIL PIECE TRACKING EVENTS:

| | | |
|---|---|---|
| 02/20/2025 13:15 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 02/20/2025 16:38 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 02/21/2025 01:02 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 02/21/2025 02:17 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 02/22/2025 13:32 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 02/23/2025 12:12 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 02/24/2025 09:18 | ARRIVAL AT UNIT | WILMINGTON,DE 19808 |
| 02/24/2025 09:29 | OUT FOR DELIVERY | WILMINGTON,DE 19808 |
| 02/24/2025 10:30 | DELIVERED INDIVIDUAL PICKED UP AT USPS | WILMINGTON,DE 19808 |

NOT ORIGINAL

03/12/2025 09:49:08

86776

COR : 000002 of 000002

Filed          25-CI-00286    02/25/2025          Brandi Duvall, Warren Circuit Clerk

**UNITED STATES POSTAL SERVICE**™

NOT ORIGINAL DOCUMENT

03/12/2025 09:50:53 AM

86776

Date Produced: 02/25/2025

The following is the delivery information for Certified Mail™/RRE/RD item number 9236 0901 9403 8301 6855 77. Our records indicate that this item was delivered on 02/24/2025 at 10:52 a.m. in DOVER, DE 19904. The scanned image of the recipient information is provided below.

Signature of Recipient :

*Teresa G*

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

COGENCY GLOBAL, INC.
850 NEW BURTON ROAD
SUITE 201
DOVER DE 19904

COR : 000001 of 000002

Customer Reference Number:          C5674772.34436242

Filed          25-CI-00286     02/25/2025          Brandi Duvall, Warren Circuit Clerk

USPS MAIL PIECE TRACKING NUMBER:  420199049236090194038301685577

MAILING DATE:          02/20/2025

DELIVERED DATE:    02/24/2025

Custom 1: DriverId-9930713

Custom 2: PartyId-65256001

Custom 3: SummonsNum-@00000445142

Custom 4: CentralMailId-215597

Custom 5: Source County-WARREN

MAIL PIECE DELIVERY INFORMATION:

COGENCY GLOBAL, INC.
850 NEW BURTON ROAD
SUITE 201
DOVER DE 19904

MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 02/20/2025 13:15 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | FRANKFORT,KY 40601 |
| 02/20/2025 16:38 | SHIPMENT RECEIVED ACCEPTANCE PENDING | FRANKFORT,KY 40601 |
| 02/21/2025 01:02 | ORIGIN ACCEPTANCE | FRANKFORT,KY 40601 |
| 02/21/2025 02:17 | PROCESSED THROUGH USPS FACILITY | LOUISVILLE,KY 40221 |
| 02/22/2025 13:32 | PROCESSED THROUGH USPS FACILITY | WILMINGTON DE DISTRIBUTION CENT 19850 |
| 02/24/2025 10:52 | DELIVERED LEFT WITH INDIVIDUAL | DOVER,DE 19904 |

NOT ORIGINAL

03/12/2025 09:50:53

86776

DOCUMENT

AM

COR : 000002 of 000002



**25-CI-00286**

*WARFIELD, STEPHEN VS. LVNV FUNDING, LLC ET AL*

**WARREN CIRCUIT COURT**

Filed on **02/19/2025** as **BUYER PLAINTIFF SERVICES** with **HON. JOHN R. GRISE**

**\*\*\*\* NOT AN OFFICIAL COURT RECORD \*\*\*\***

| Case Memo | 25-CI-00286 |
|---|---|

*BUYER PLAINTIFF/SERVICES*

| Parties | 25-CI-00286 |
|---|---|

**LVNV FUNDING, LLC** as **DEFENDANT / RESPONDENT**

| Memo |
|---|
| Registered Agent of Service exists. |

| Address |
|---|
| 55 BEATTIE PLACE |
| GREENVILLE SC 29601 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **02/19/2025** by way of **RETURNED TO ATTORNEY/PETITIONER** |
| **CIVIL SUMMONS** issued on **02/19/2025** served / recalled on **02/24/2025** by way of **CERTIFIED MAIL** |
| *9236090194038301685232Successful* |

**MRS BPO, LLC** as **DEFENDANT / RESPONDENT**

| Memo |
|---|
| Registered Agent of Service exists. |

| Address |
|---|
| 1930 OLNEY AVE |
| CHERRY HILL NJ 08003 |

| Summons |
|---|
| **CIVIL SUMMONS** issued on **02/19/2025** by way of **RETURNED TO ATTORNEY/PETITIONER** |
| **CIVIL SUMMONS** issued on **02/19/2025** served / recalled on **02/24/2025** by way of **CERTIFIED MAIL** |
| *9236090194038301685577Successful* |

**WARFIELD, STEPHEN** as **PLAINTIFF / PETITIONER**

| Address |
|---|
| 367 UPPER STONE AVENUE |
| APT. A |
| BOWLING GREEN KY 42101 |

**LAWSON, JAMES HAYS** as **ATTORNEY FOR PLAINTIFF**

| Address |
|---|
| LAWSON AT LAW, PLLC |
| P.O. BOX 1286 |
| SHELBYVILLE KY 40066 |

**COGENCY GLOBAL, INC.** as **REGISTERED AGENT OF SERVICE**

| Memo |
|---|
| Related party is MRS BPO, LLC |

| Address |
|---|
| 850 NEW BURTON ROAD |
| SUITE 201 |
| DOVER DE 19904 |

**CORPORATION SERVICE CO.** as **REGISTERED AGENT OF SERVICE**

| Memo |
| --- |
| Related party is LVNV FUNDING, LLC |

| Address |
| --- |
| 251 LITTLE FALLS DRIVE |
| WILMINGTON DE 19808 |

| Documents | 25-CI-00286 |
| --- | --- |
| **COMPLAINT / PETITION** filed on **02/19/2025** <br> *COMPLAINT* | |
| **EXHIBIT** filed on **02/19/2025** <br> *EX A DO NOT CALL VERIFICATION* | |

| Events | 25-CI-00286 |
| --- | --- |
| **REVIEW** scheduled for **05/23/2025 07:59 AM** in room **ACI** with **HON. JOHN R. GRISE** <br> *90 DAY REV* | |

| Images | 25-CI-00286 |
| --- | --- |
| **COMPLAINT / PETITION** filed on **02/19/2025**   *Page(s): 7* | |
| **EXHIBIT** filed on **02/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **02/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **02/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **02/19/2025**   *Page(s): 1* | |
| **SUMMONS** filed on **02/19/2025**   *Page(s): 1* | |
| **COURTESY FINANCIAL TRANSACTION REPORT** filed on **02/19/2025**   *Page(s): 1* | |
| **SUMMONS - RETURN OF SERVICE** filed on **02/25/2025**   *Page(s): 2* | |
| **SUMMONS - RETURN OF SERVICE** filed on **02/25/2025**   *Page(s): 2* | |

**\*\*\*\* End of Case Number : 25-CI-00286 \*\*\*\***