**UNITED STATES DISTRICT COURT**
Western District of Kentucky
Bowling Green Division

| | |
|---|---|
| Stephen T. Wafford ) | |
|     *Plaintiff*         ) | |
| ) | |
| v.                          ) | Case No. 1:25-cv-00036-GNS |
| ) | |
| LVNV Funding, LLC *et al.* ) | |
|     *Defendants*      ) | |
| _____) | |

### PARTIES' PROPOSED PLANNING SCHEDULE OUTLINE

The parties' counsel identified below have conferred as required by Rule 26(f) of the Federal Rules of Civil Procedure and have prepared the following joint report.

### BRIEF DESCRIPTION OF CLAIMS

This case concerns claims brought under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"); and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*

Plaintiff is the victim of identity theft. Defendant debt collectors attempted to collect debts from Plaintiff that he did and does not owe that were the result of ID theft. Additionally, Defendant MRS BPO, LLC sent Plaintiff unconsented texts. Plaintiff is on the National Do Not Call List. This violates the TCPA.

Plaintiff has settled with Defendant LVNV Funding, LLC. Defendant MRS BPO, LLC denies each and all allegations of Plaintiff's Complaint and denies liability for Plaintiff's claims. Defendant MRS BPO, LLC denies that it reported the Capital One, N.A. account listed in Plaintiff's Complaint to the consumer reporting agencies.

### SCHEDULING CONFERENCE ISSUES

The parties do not anticipate any special issues regarding discovery or case deadlines.

**PRE-DISCOVERY DISCLOSURES:** Fed.R.Civ.P.26(a)(l) by: April 30, 2025.

**PRELIMINARY DISCOVERY:** None required.

1

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**

The parties shall conduct discovery pursuant to Federal Rules of Civil Procedure and the Joint Local Rules for the Eastern and Western District of Kentucky. Pursuant to Fed.R.Civ.P. 5(b)(2)(E), the parties consent to service of discovery or any other paper for which service is required by electronic mail.

**IDENTIFY EXPERTS AND COMPLIANCE - Fed.R.Civ.P. 26(a)(2)**:
from Plaintiff(s) by: July 1, 2025.
from Defendant(s) by: August 1, 2025.

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS:**
Shall be due by: July 1, 2025

**COMPLETION OF DISCOVERY:**
All Discovery shall be completed by: November 3, 2025

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** August 1, 2025.

**DISPOSITIVE MOTIONS:** shall be filed by: February 2, 2026.

**SETTLEMENT CONFERENCE:** The parties have agreed to discuss settlement; however, the parties do not believe a formal settlement conference would be productive or fruitful at this time.

**PRE-TRIAL CONFERENCE:** April 2026
The parties categorized this case as:
Complex _____(Ready for trial within 2 years)
Simple _____X_____(Ready for trial in less than one year)
Other _____(Explain)_____

**REFERRAL TO MAGISTRATE JUDGE:** The Parties do not consent to referral to a magistrate judge.

**THIS CASE SHOULD BE READY FOR TRIAL** by: May 2026

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**
Yes___X_____ No_____

**ANTICIPATED LENGTH OF TRIAL _____2-3____(days)**

**JURY TRIAL REQUEST:** Yes_____X_____ No_____

**AGREED TO BY:**


/s/ James H. Lawson (by SDR with permission)
James H. Lawson
*Lawson at Law, PLLC*
P.O. Box 1286
Shelbyville, KY 40066
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@lawsonatlaw.com
*Counsel for Plaintiff*
*Roylee Walker*


/s/  Joseph Tucker (by SDR with permission)
**Joseph N. Tucker**
*Dinsmore & Shohl LLP - Louisville*
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
502-540-2360
Fax: 502-585-2207
Email: joseph.tucker@dinsmore.com

**Natalie L. Whitt**
*Dinsmore & Shohl LLP*
101 South Fifth Street, Suite 2500
Louisville, KY 40202
606-336-6304
Email: natalie.whitt@dinsmore.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Counsel for Defendant*
*LVNV Funding, LLC*


/s/ Sarah D. Reddick
**Joseph N. Tucker**
*Dinsmore & Shohl LLP - Louisville*
101 S. Fifth Street, Suite 2500
Louisville, KY 40202
502-540-2360
Fax: 502-585-2207
Email: joseph.tucker@dinsmore.com

**Sarah Diana Reddick**
*Dinsmore & Shohl LLP - Louisville*
*101 S. Fifth Street, Suite 2500*
*Louisville, KY 40202*
*502-540-2397*
*Email: sarah.reddick@dinsmore.com*
*Counsel for Defendant*
*MRS BPO, LLC*